■ LLOYD MARTINSON et al., Appellants, v JOSHUA BLAU, C.P.A., Respondent. [738 NYS2d 572] —Order, Supreme Court, New York County (Jane Solomon, J.), entered on or about November 22, 2000, which granted defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, with costs.

Plaintiffs' claims for professional malpractice, breach of contract and prima facie tort, premised on the allegation that defendant gave false testimony in a New Jersey action, were

properly dismissed, since "[a] witness at a judicial or quasi-judicial proceeding enjoys an absolute privilege with respect to his or her testimony" (*see, Pfeiffer v Hoffman*, 251 AD2d 94, 95). Although there is an exception to this privilege where the testimony is part of a larger scheme to defraud (*see, Newin Corp. v Hartford Acc. & Indem. Co.*, 37 NY2d 211, 217), plaintiffs have not alleged facts from which a larger fraudulent design may be inferred. Concur—Mazzarelli, J.P., Andrias, Sullivan, Buckley and Marlow, JJ.